1  BERTRAM FIELDS (SBN 024199)
   bfields@ggfirm.com
2  AARON J. MOSS (SBN 190625)
   amoss@ggfirm.com
3  GREENBERG GLUSKER FIELDS
     CLAMAN & MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Plaintiff
7  Stanley Donen

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  STANLEY DONEN,                    Case No. _____

12            Plaintiff,              COMPLAINT FOR COPYRIGHT
                                      INFRINGEMENT AND, IN THE
13        vs.                         ALTERNATIVE, FOR AN
                                      ACCOUNTING
14  PARAMOUNT PICTURES
    CORPORATION, VIACOM CONSUMER      DEMAND FOR JURY TRIAL
15  PRODUCTS, INC. and THE GAP, INC.,

16            Defendants.

17

18        Plaintiff alleges the following:

19        1.    Jurisdiction And Venue.  This court has jurisdiction based upon the United

20  States Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This Court has original jurisdiction over

21  the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

22        This Court has personal jurisdiction over each of the defendants named in this

23  Complaint, because each defendant does sufficient business, has sufficient minimum

24  contacts with California and this Judicial District, or otherwise intentionally avails itself

25  of the California and Los Angeles markets, through the sale, marketing, distribution and

26  use of its products in this Judicial District, to render the exercise of jurisdiction over it by

27  this Court consistent with traditional notions of fair play and substantial justice.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

18938-00003/1628885.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND, IN THE ALTERNATIVE, FOR AN ACCOUNTING

1    Venue in this Judicial District is proper under 28 U.S.C. §§ 1391(b) and (c) and

2    1400(a), in that one or more defendants reside and may be found in this Judicial District

3    within the meaning of 28 U.S.C. §§ 1391(c) and 1400(a), a substantial part of the events

4    giving rise to plaintiff's claims occurred in this Judicial District and defendants' products

5    are sold in this Judicial District.

6    2.    The Parties.  Plaintiff is a motion picture director and a resident of New

7    York.  Defendant Paramount Pictures Corporation ("Paramount") is a Delaware

8    corporation with its principal place of business in this District.  Defendant The Gap, Inc.

9    ("The Gap") is a Delaware corporation doing substantial business in this District.  Plaintiff

10   is informed and believes and, on that ground, alleges that Viacom Consumer Products,

11   Inc. ("Viacom Products") is a Delaware corporation and an affiliate of Paramount doing

12   substantial business in this District.  Paramount is a producer and distributor of filmed

13   entertainment.  The Gap owns and operates a chain of retail clothing stores, including

14   stores in this Judicial District.

15

16   ## FIRST CLAIM FOR RELIEF

17   **(Copyright Infringement – Against All Defendants)**

18

19   3.    Plaintiff incorporates by reference paragraphs 1 and 2 hereinabove as

20   though fully set forth herein.

21   4.    Plaintiff was the director or co-director of many motion pictures including

22   such noted films as "Singing In The Rain," "On The Town," "Seven Brides For Seven

23   Brothers," Damn Yankees," "The Pajama Game," "Two For The Road" and "Charade."

24   Plaintiff's films have included highly creative dance sequences that have been widely

25   acclaimed.  Plaintiff also directed a motion picture distributed by Paramount entitled

26   "Funny Face," starring Audrey Hepburn.  Plaintiff was the author of a significant part of

27   "Funny Face," including his creation and control of the design, filming and editing of a

28

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    famous scene in which Audrey Hepburn does an original and highly unique dance in a

2    Parisian Café (the "Dance Scene").

3        5.      Plaintiff was not a Paramount employee, had no written contract with

4    Paramount regarding "Funny Face," and has never conveyed to Paramount his interest in

5    that film.  As the creator and author of the Dance Scene, plaintiff was and is the rightful

6    owner of the copyright in that scene.  Plaintiff is informed and believes and, on that

7    ground, alleges that Paramount registered the copyright in the entirety of "Funny Face,"

8    including the Dance Scene, in its own name and that it holds the copyright in the Dance

9    Scene and other aspects of that film in trust for plaintiff, as the rightful author and owner

10   thereof.  Plaintiff has acquiesced in Paramount's licensing others to exhibit  the entire film

11   "Funny Face" in theatres or on television, uses for which it was intended.  Having done

12   so, plaintiff had no claim with respect to such distribution, which was intended when the

13   film was made.  But, as alleged hereinbelow, defendants have now exceeded the uses in

14   which plaintiff acquiesced and plaintiff has strong objections to Paramount's selling the

15   Dance Scene he created and directed for use as a third party's commercial advertisement,

16   such as television commercials for ladies' pants, a use for which the film was never

17   intended and to which plaintiff has never consented and in which he has never acquiesced.

18       6.      During 2006, without any consent or authority from plaintiff, or any right to

19   do so, Paramount, through its sister company Viacom Products, purported to grant to The

20   Gap the exclusive right to copy and use the Dance Scene in 30 and 60 second television

21   commercials advertising its chain of clothing stores and its merchandise, as well as

22   photographs copied from the Dance Scene in print advertisements and posters promoting

23   its chain stores and its merchandise.  The Gap paid Viacom Products and Paramount

24   $750,000 for this purported grant of rights in the Dance Scene.

25       7.      Thereafter, without any consent or authority from plaintiff, but based on the

26   purported grant from Paramount and Viacom Products, The Gap infringed the copyright

27   in the Dance Scene held in trust for plaintiff by copying a substantial portion of the Dance

28   Scene and publicly performing it on repeated occasions in television commercials for its

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND, IN THE ALTERNATIVE, FOR AN ACCOUNTING

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1 chain of clothing stores and its merchandise, particularly ladies' pants, as well as copying

2 and widely displaying photographs it copied from the Dance Scene in print advertisements

3 and posters promoting its chain stores and such merchandise. A copy of the Dance Scene

4 and a copy of The Gap's infringing 30 second commercial are included in Exhibit "A"

5 attached hereto and incorporated by reference herein. Copies of The Gap's 60 second

6 commercial and its print advertisements and posters will be obtained from defendants.

7 The Gap's own news release describing how the Dance Scene would be used in

8 advertising and promoting its stores and its merchandise is attached as Exhibit "B" hereto

9 and incorporated by reference herein.

10      8.    As a direct and proximate result of defendants' infringing conduct, The

11 Gap's sales and profits were significantly increased, and plaintiff has been damaged in a

12 substantial sum, which plaintiff is informed and believes and, on that ground, alleges

13 exceeds $5 million.

14

15 **SECOND CLAIM FOR RELIEF**

16 **(In The Alternative, For An Accounting –**

17 **Against Paramount and Viacom Products)**

18

19      9.    Plaintiff incorporates by reference paragraphs 1 through 7 hereinabove as

20 though fully set forth herein.

21      10.    Neither Paramount nor Viacom Products has paid plaintiff any part of the

22 sum they received from The Gap for its grant of the right to make such uses of the Dance

23 Scene. If Paramount and plaintiff were deemed joint authors and owners of the Dance

24 Scene and Paramount were held entitled, as a joint author and owner, to grant such rights

25 to The Gap through Viacom Products, plaintiff is entitled to an accounting and payment

26 from Paramount and Viacom Products of one-half of the sum paid to it or Viacom

27 Products by The Gap.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND, IN THE ALTERNATIVE, FOR AN ACCOUNTING

1    WHEREFORE, plaintiff prays judgment as follows:

2        1.    For damages in the sum of $5 million or such greater sum as shall be found;

3        2.    In the alternative, for an accounting and payment from Paramount and

4    Viacom Products of one-half of the $750,000 they received from The Gap for the grant of

5    rights in the Dance Scene; and

6        3.    For plaintiff's attorneys fees, costs and such other relief as the Court shall

7    deem proper.

8

9    DATED:  May **21**, 2008                GREENBERG GLUSKER FIELDS
                                             CLAMAN & MACHTINGER LLP
10

11

12                                           By: _____
                                                 BERTRAM FIELDS
13                                               Attorneys for Plaintiff Stanley Donen

14

15                          DEMAND FOR JURY TRIAL

16    Plaintiff Stanley Donen hereby demands a trial by jury in the above entitled action.

17

18    DATED:  May **21**, 2008                GREENBERG GLUSKER FIELDS
                                             CLAMAN & MACHTINGER LLP
19

20

21                                           By: _____
                                                 BERTRAM FIELDS
22                                               Attorneys for Plaintiff Stanley Donen

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

18938-00003/1628885.1                        5

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND, IN THE ALTERNATIVE, FOR AN ACCOUNTING





Gap Inc.



About Gap Inc. | Our Brands | Careers | Social Responsibility | Investor | Media

🖨 Printer-friendly version

▾ **Press Releases**

  Gap Inc. News

  Gap News

  Banana Republic News

  Old Navy News

  Piperlime News

  Image Library

  News Coverage

  Media Contacts

## Press Release

View  All Categories      Releases from  10 Most Recent      GO

---

### NEW GAP MARKETING CAMPAIGN FEATURING ORIGINAL FILM FOOTAGE OF AUDREY HEPBURN HELPS GAP 'KEEP IT SIMPLE' THIS FALL

**SAN FRANCISCO – September 6, 2006 –** This week, the skinny black pant is back at Gap with the introduction of a new, groundbreaking campaign featuring original film footage of timeless style icon Audrey Hepburn. The campaign, entitled "Keep it Simple," is centered on innovative television spots incorporating a memorable scene of Audrey Hepburn dancing in the classic film Funny Face. Celebrating Gap's re-launch of the perfect black pant, the ads mark Gap's third and final marketing campaign of the fall season.

"Gap has a rich history of integrating memorable choreography and music into our advertising, but we've never done anything quite like this before," said Trey Laird, creative director of Gap. "We wanted to do something really special to re-launch our skinny black pants and thought who better to showcase them than actress Audrey Hepburn – an iconic woman famous for dressing with sophistication and classic style."

Debuting September 7, Gap's new "Keep It Simple" TV spots juxtapose classic footage of Audrey Hepburn dancing in skinny black pants to the 1980 AC/DC hit song "Back in Black". The ad opens with a scene from Funny Face as Audrey Hepburn dances through a Parisian café. It continues as she jumps out of the movie and onto a backdrop resembling the look and feel of an iconic Gap ad. Special effects and graphics help her navigate her way across the screen in a series of energetic dance steps. She then jumps back into Funny Face as the spot concludes with the tagline "It's Back – The Skinny Black Pant."

"We're thrilled because this is the first time in more than 12 years that a film clip of Audrey Hepburn has been authorized to endorse a commercial product in North America," said Kyle Andrew, vice president of Gap Marketing. "This ad is a true testament to timeless style and we couldn't be more excited to have Audrey Hepburn – the ultimate style icon – represented in our campaign."

Gap became known for fabulous "must-have" black pants more than a decade ago – they flew off shelves and helped millions of women across the country dress with sophistication and style. Gap's reintroduction of the perfect fitting pair of skinny black pants this fall is a celebration of this classic, iconic piece. Named after timeless fashion icon Audrey Hepburn – "The Audrey Hepburn™ Pant" is sleek and simple with modern details that are undeniably cool. It has an updated bi-stretch fabrication, which allows for greater flexibility and movement and helps the pant keep its shape. Gap's new skinny black pants are destined to become a modern day classic.

In addition to black pants, Gap has a long heritage of offering a wide variety of clean, classic and simple styles. And this fall Gap is back with a collection of great fitting, sophisticated pants in a range of lengths and shapes, as well as classic shirts, turtlenecks, sweaters and outerwear. Worn day or night, dressed up or down, these are the simple, iconic pieces that will never go out of style. In Gap stores this fall, the clean collection is featured in a one-stop shopping destination. You'll find a new dedicated space within Gap stores filled with the classic "must-have" items you always need and want.

The "Keep It Simple" television campaign features 30 and 60-second spots that will air in the United States on all major networks, spot markets and cable from September 7 through October 5. The spots will premiere on network television shows including "Grey's Anatomy" (ABC), "CSI" (CBS) and "Studio 60" (NBC). Gap.com will also feature the new "Keep It Simple" television commercial, as well as exclusive, behind-the-scenes footage of the making of the ad. Complimenting this outstanding broadcast effort are a series of black-and-white print ads featuring models in clean, simple looks anchored in skinny black pants will run in October issues of major national magazines including Vogue, InStyle and Elle. There will also be outdoor ads in major markets.

Laird+Partners, Gap's creative agency, developed the "Keep It Simple" marketing campaign. The TV spots were developed using visual effects by Method Studios and graphic design and animation by Logan and print ads were photographed by famed fashion photographers Inez van Lamsweerde and Vinoodh Matadin.

In celebration of the launch of the "Keep It Simple" ad campaign, Gap is making a generous contribution to the Audrey Hepburn Children's Fund. The Audrey Hepburn Children's Fund is a non-profit organization created to continue Ms. Hepburn's international appeals on behalf of children around the world.

---

Shop at Gap Inc. Brands  |  Contact Us  |  Terms of Use  |  Privacy Policy  |  © 2008 Gap Inc.

EXHIBIT B
PAGE 7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV08- 3383 ABC (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

BERTRAM FIELDS 024199; AARON MOSS 190625
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles  90067-4590
Telephone: (310) 553-3610
Facsimile: (310) 553-0687
bfields@ggfirm.com
Attorneys for Plaintiff Stanley Donen

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY DONEN <br><br> PLAINTIFF(S) <br><br> V. <br><br> PARAMOUNT PICTURES CORPORATION, VIACOM CONSUMER PRODUCTS, INC. and THE GAP, INC. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV08-03383 ABC VBKx <br><br><br> SUMMONS |

TO:DEFENDANT(S): <u>PARAMOUNT PICTURES CORPORATION, VIACOM CONSUMER PRODUCTS, INC. and THE GAP, INC.</u>

   A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>BERTRAM FIELDS, ESQ.</u>, whose address is <u>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP, 1900 Avenue of the Stars, Suite 2100, Los Angeles, CA  90067-4590        </u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

   Clerk, U.S. District Court

Dated:    MAY 2 2 2008

By:    LA'REE HORN

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1192

American LegalNet, Inc. <br> www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>STANLEY DONEN | **DEFENDANTS**<br>PARAMOUNT PICTURES CORPORATION, VIACOM CONSUMER PRODUCTS, INC. and THE GAP, INC. |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>New York | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>BERTRAM FIELDS (SBN 024199); AARON MOSS (SBN 190625)<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, Suite 2100, Los Angeles, CA 90067<br>(310) 553-3610 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1  U.S. Government Plaintiff   ☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant  ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 5,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101 et seq. - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI(405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (07/05)   CV08-03383   **CIVIL COVER SHEET**   American LegalNet, Inc. www.USCourtForms.com   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
  ☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
New York

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
  ☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Paramount Pictures Corporation - Los Angeles
Viacom Consumer Products, Inc. - Los Angeles
The Gap, Inc. - San Francisco

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date May 21, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.USCourtForms.com